UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL G. LYNN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No.: 05-1328(PLF) |
| ) | ECF |
| CONDOLEEZA RICE, ) | |
| SECRETARY, U.S. DEPARTMENT ) | |
| OF STATE, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**DEFENDANT'S CONSENT MOTION FOR AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), Defendant Condoleeza Rice, Secretary, United States Department of State, in her official capacity, through the undersigned counsel, respectfully moves the Court for a thirty-day extension until September 6, 2005, to respond to the Complaint.[1]  The parties' counsel conferred and Plaintiff's counsel consented to this motion.  A scheduling order has not been entered in this case.  This is Defendant's first motion for an extension of time in this case.

There is good cause to grant this motion.  Plaintiff Michael Lynn's 75-paragraph long Complaint alleges that Defendant violated Title VII, the Rehabilitation Act, and the American with Disabilities Act when Defendant did not appoint him to the position of Junior Officer in the Foreign Service due to his disability (epilepsy).  He also claims retaliation for his EEO activities.  This case was initially filed in the District of Rhode Island but was transferred to the District of

---

[1] Pursuant to Fed. R. Civ. P. 25 (d)(1), Defendant substitutes Secretary Colin Powell, who has since resigned, with Secretary Condoleeza Rice, the current Secretary of the Department of State.

Columbia on July 1, 2005, by consent motion to transfer.

At present, Defendant is diligently investigating Plaintiff's lengthy Complaint. Indeed, Defendant hopes to dispose of some of Plaintiff's claims by filing a pre-discovery dispositive motion. However, Defendant needs this 30-day extension to complete the evaluation process and prepare the dispositive motion.

For the foregoing reasons, Defendant respectfully requests that the Court grant a 30-day extension until September 6, 2005, to respond to Plaintiff's Complaint.

Dated: August 3, 2005                                             Respectfully Submitted,


                                                                  /s/
                                                                  KENNETH L. WAINSTEIN, D.C. BAR #451058
                                                                  United States Attorne


                                                                  /s/
                                                                  R. CRAIG LAWRENCE, D.C. BAR #171538
                                                                  Assistant United States Attorney

                                                                  /s/
                                                                  JOHN C. TRUONG, D.C. BAR #465901
                                                                  Assistant United States Attorney
                                                                  555 Fourth Street, N.W.
                                                                  Washington, D.C. 20530
                                                                  (202) 307-0406

                                                                  Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MICHAEL G. LYNN,        ) | |
| )| |
|     Plaintiff,        ) | |
| )| |
| v.        ) | Civ. No.: 05-1328(PLF) |
| )| ECF |
| COLIN POWELL,        ) | |
| SECRETARY, U.S. DEPARTMENT        ) | |
| OF STATE,        ) | |
| )| |
|     Defendant.        ) | |
| _____) | |

**[PROPOSED] ORDER GRANTING DEFENDANT'S**
**CONSENT MOTION FOR AN EXTENSION OF TIME**

Upon consideration of Defendant's Consent Motion for an Extension of Time and the entire record herein, it is this day _____ of _____, 2005

ORDERED that Defendant's Consent Motion for an Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant shall have up and including September 6, 2005, to respond to Plaintiff's Complaint.

SO ORDERED.

_____
U.S. District Judge

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on the 3rd of August , 2005, service of the foregoing Defendant's Consent Mlotion for an Extension of Time was made via the Court's Electronic Case Filing System and by first class, postage prepaid mail to Plaintiff's counsel addressed as follows:

Bruce P. Gladstein, Esq.
750 East Avenue
 Pawtucket, RI 02860

                                                /s/
                                      JOHN C. TRUONG
                                      Assistant United States Attorney