UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL G. LYNN,

    Plaintiff

vs.

CONDOLEEZA RICE, SECRETARY OF STATE
FOR THE UNITED STATES OF AMERICA
    Defendant

Civil Action No.: 05-1328 PLF

## STIPULATION

NOW COMES Bruce P. Gladstein, Esq., and hereby withdraws as attorney of record for the above-named Plaintiff and Michael G. Lynn, hereby enters his appearance Pro Se in lieu of Bruce P. Gladstein, Esq.

_____
BRUCE P. GLADSTEIN, ESQ. (#5272)
750 EAST AVENUE
PAWTUCKET, RI 02860
(401)722-9900

_____
MICHAEL LYNN, PRO SE
150 DOVER STREET
FALL RIVER MA 02721
(508) 674-5035

## CERTIFICATION

I hereby certify that on _9/8/05_, 2005 I mailed a copy of the within Stipulation, postage prepaid, to John C. Truong, Esq., Assistant United States Attorney, 555 Fourth Street, N.W., Washington, DC 20530.

_____