UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL G. LYNN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CONDOLEEZA RICE,[1] Secretary, )<br>U.S. Department of State )<br>)<br>Defendant. )<br>) | Civil Action No. 05-1328 (PLF) |

ORDER AND JUDGMENT

On September 6, 2005, defendant filed a motion to dismiss the complaint under Rule 12(b)(6) of the Federal Rules of Civil Procedure. On September 12, 2005, plaintiff filed a notice stipulating his counsel's withdrawal and his own appearance pro se. On September 26, 2005, the Court, as required by Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), directed plaintiff to respond to defendant's motion to dismiss by October 14, 2005. That deadline has passed and plaintiff has filed no response. The Court therefore will treat the motion to dismiss as conceded. Accordingly, it is hereby

ORDERED that defendant's motion to dismiss [3] is GRANTED; and it is

---

[1] The original complaint named Colin Powell, former Secretary of Commerce, as the party defendant. The Court substitutes his successor, Condoleeza Rice, pursuant to Fed. R. Civ. P. 25(d).

FURTHER ORDERED that this case is DISMISSED and the Clerk of the Court shall remove this case from the docket of the Court.  This is a final appealable order.  See FED. R. APP. P. 4(a).

SO ORDERED.

_____\s_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  October 19, 2005